UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>PREET SINGH GREWAL<br><br>DEFENDANT(S). | CASE NUMBER:<br>SACR05-00027-JVS<br><br>REPORT COMMENCING CRIMINAL ACTION |

FILED 2009 OCT 27 AM 10: 06

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2009, APPROX. 1900  ☐ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☑  No ☐
3. Charges under which defendant has been booked:
   18 USC 3583(e)(3) PROBATION VIOLATION
4. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☐ No  ☑ Unknown
6. Interpreter Required: ☑ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1970
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel ?  ☑ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFFICER  Time: 0900 AM  AM / PM
14. Remarks (if any): _____

15. Date: 10/27/2009
16. Name: ANGEL LARIOS (Please Print)
17. Agency: U.S. MARSHALS
18. Signature: /s/
19. Office Phone Number: 714.338.4610

CR-64 (06/09)          REPORT COMMENCING CRIMINAL ACTION