# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                          Plaintiff,

vs.

Preet Singh Grewal

                          Defendant.

Southern Division

Case #: 8:05-CR-00027-JVS    PO Warrant
Initial App. Date: 10/27/2009   Time: 2:00 PM

Date Filed: 09/22/2009
Violation: 18:3583(e)(3)
CourtSmart: CS 10-27-09

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Arthur Nakazato**

**CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**    Melissa Cash      Mieke Biesheuvel      / None
                   *Deputy Clerk*      *Assistant U.S. Attorney*      *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Amy Karlin ☑ DFPD, ☑ Appointed, ☑ Poss. Contribution (see separate order).

☑ Government's request for detention is: WITHDRAWN.

☑ BAIL FIXED AT $25,000.00 **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS.)**

☑ Preliminary Hearing waived.

☑ **PO/PSA WARRANT.** Counsel are directed to contact the clerk for James V. Selna for the setting of further proceedings.

☑ PIA set for at 8:30 AM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Defendant shall be released to U.S. Probation only. Due to defendant's employment, the Court orders defendant to find retained counsel, as he does not qualify for appointed counsel.

cc: ☑ USPO

Deputy Clerk Initials: mc

00 : 17

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: SACR05-027 JVS | |
|---|---|---|
| v. Preet Singh Grawal (Defendant/Material Witness.) | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 USC | SECTION: 3583(e)(3) |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $
☒ APPEARANCE BOND IN THE AMOUNT OF $ 25,000.00
  ☐ WITH CASH DEPOSIT (AMOUNT OR %)
  ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
  Signed by defendant's father
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)

RELEASE No. _____
☒ RELEASE TO ~~PRETRIAL~~ U.S. Probation ONLY
☐ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: _____ Date

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $
☐ ADDITIONAL REQUIREMENTS:
☒ BAIL FIXED BY COURT _JRC_  Deputy Clerk    ☒ ALL REQUIREMENTS HAVE BEEN MET: _JRC_  Deputy Clerk

**PRE-CONDITIONS TO RELEASE**
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

**ADDITIONAL CONDITIONS OF RELEASE**
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☒ Defendant shall submit to: ☒ ~~Pretrial~~ U.S. Probation Supervision.  [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the ~~Clerk of Court~~ USPO, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☐ Travel is restricted to: CD/CA
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by ~~PSA~~ USPO and do not relocate without prior permission from ~~PSA~~. Reside in supervised halfway house/facility until revocation hearing or order by district judge
☒ Maintain or ~~actively seek~~ current employment ~~and provide proof to PSA~~.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☒ Not use alcohol.
☒ Not use or possess illegal drugs. ☒ In order to determine compliance, you will agree to submit to a search of your person and/or property by ~~Pretrial Services~~ US Probation in conjunction with the US Marshal or other agency involved in the treatment
☒ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all ~~or part~~ of the cost for testing and treatment. ~~based upon your ability to pay as determined by PSA.~~ USPO
☒ Participate in residential drug [and/or] alcohol treatment as deemed necessary by ~~PSA~~ USPO. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by ~~PSA~~ USPO. ☒ Release to ~~PSA~~ only. USPO
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials _PS_  Date 10/27/09

ORIGINAL - YELLOW COPY          PINK- PRETRIAL SERVICES          WHITE - DEFENDANT COPY

CR-1 (07/05)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Preet Singh Grewal
Defendant/Material Witness.

CASE NUMBER: SACR 05-027 JVS

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA. [ ] **Release to PSA only.**
  [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**
  [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
☐ Other conditions: _____

X 10/27/09
  Date

X [signature]
  Defendant/Material Witness' Signature

X 714-269-5588
  Telephone Number

X Santa Ana CA 92704
  City, State And Zip Code

☐ **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
Interpreter's signature

_____
Date

Approved: [signature]
United States District Judge / Magistrate Judge

Oct 27 2009
Date

If Cash Deposited: Receipt # _____      For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY          PINK - PRETRIAL SERVICES          WHITE - DEFENDANT COPY

CR-1 (07/05)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          Page 2 of 2

GPO  U.S. GOVERNMENT PRINTING OFFICE: 2005-785-040