# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SACR05-00027-JVS |
| v. | |
| PREET SINGH GREWAL | WARRANT FOR ARREST |
| Defendant(s). | |

FILED 2009 OCT 27 AM 10: 09

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest PREET SINGH GREWAL and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☑ Violation Petition ☐ Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title __18__ United States Code, Section(s) __3583(e)(3)__

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | SEP 22 2009  Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Nancy Cas— (Signature of Deputy Clerk) | By: James V. Selna |
| | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 10/26/09 | Angel Larios |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 10/26/09 | Deputy U.S. Marshal |
| DATE OF ARREST | TITLE |
| | (Signature of Arresting Officer) |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

CR-12 (09/08)    WARRANT FOR ARREST    Page 1 of 2