SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
Amy M. Karlin (150016)
Deputy Federal Public Defender
(E-mail: amy_karlin@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520

Attorneys for Defendant
PREET SINGH GREWAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PREET SINGH GREWAL,<br><br>    Defendant. | NO. SA CR 05-0027-JVS<br><br>**DEFENDANT'S LETTER RE: SUPERVISED RELEASE** |

Defendant Preet Singh Grewal, by and through his attorney of record, Deputy Federal Public Defender Amy M. Karlin, hereby files the attached letter for the Court's consideration.

                                                Respectfully Submitted,

                                                SEAN K. KENNEDY
                                                Federal Public Defender

Dated: February 23, 2010        By   *Amy M. Karlin*
                                                     AMY M. KARLIN
                                                     Deputy Federal Public Defender

OCPS
Orange County
Psychological Services

Feb 18, 2010

To Whom It May Concern,

     I have met with Preet Grewal (DOB 9/7/70) in 2 individual therapy sessions (2/4, 2/11/10) to discuss a number of areas of concern in client's life.  He was appropriate and actively engaged in the sessions.  He has completed all home-work assignments he has been given.  I found his diagnosis to be bi-polar II (296.89).  He has demonstrated manic features in sessions.  He is currently seeing Dr. K. Iskenderian for medication.  Client was very motivated to continue improving his life and has been willing to discuss these issues in session.  If I can be of any help, please contact me.

                              Respectfully,

                              Lance Bialik, MFT



**Orange County
Psychological Services**

_____

FEB 18, 2010

To Whom It May Concern,

I have met with PREET GREWAL (DOB 9/7/70) in 2 individual therapy sessions 2/4, 2/11/10 to discuss a number of areas of concern in Client's life. He was appropriate and actively engaged in the sessions. He has completed all home work assignments he has been given. I find his diagnosis to be BI-POLAR II (296.89). He has demonstrated manic features in sessions. He is currently seeing DR. K. ISKENDERIAN for medication. Client is very motivated to continue improving his life, has been willing to discuss these issues in session. If I can be of any help, please contact me.

Respectfully,
Lance Bialik, MFT
LANCE BIALIK, MFT

16152 Beach Blvd., Suite 200 • Huntington Beach, California 92647 • (714) 841-6772 • Fax (714) 841-6775
24551 Raymond Blvd; Suite 140 • Lake Forest, California 92630 • (949) 583-0975 • Fax (949) 583-7973

|    |    |
|---|---|
| 1  | <center>PROOF OF SERVICE</center> |
| 2  | I, the undersigned, declare that I am a resident or employed in Orange County, |
| 3  | California; that my business address is the Federal Public Defender's Office, 411 West |
| 4  | Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of |
| 5  | eighteen years; that I am not a party to the above-entitled action; that I am employed |
| 6  | by the Federal Public Defender for the Central District of California, who is a member |
| 7  | of the Bar of the United States District Court for the Central District of California, and |
| 8  | at whose direction I served a copy of a document entitled |
| 9  | DEFENDANT'S LETTER RE: SUPERVISED RELEASE |
| 10 | On February 23, 2010, following ordinary business practice, service was: |

| [x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a seale23envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

[ ] By facsimile as follows:

Joe Garcia
United States Probation Officer
411 West Fourth Street, 4th Floor
Santa Ana, California 92701-4598

This proof of service is executed at Santa Ana, California, on February 23, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maria A. Garza*
Maria A. Garza