UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: SACR 05-0027 JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT REVOKING |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| Preet Singh Grewal, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on March 2, 2010, came the attorney for the Government, Jeannie Joseph and the defendant appeared in person with appointed counsel, Amy Karlin, DFPD; and the defendant having admitted allegations as stated in the Petition on Supervised Release dated January 29, 2010 on February 9, 2010,

WHEREAS, on March 1, 2010, the Court FOUND that the defendant violated the conditions of the supervised release imposed on October 18, 2005 and December 2, 2009 , (See Original Judgment and Commitment Orders),

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, that the period of supervised release is revoked and vacated, and the

defendant is committed to the custody of the Bureau of Prisons for a period of five (5) months.  The Court directs the Bureau of Prisons conduct a full that mental evaluation of the defendant and provide any treatment necessary.  Upon release from imprisonment the defendant's term of supervised release shall terminate.

It is further ordered that the defendant surrender himself to the United States Marshal located at:  United States Court House, 411 West Fourth Street, Santa Ana, California 92701-4516 on or before 12 noon, on March 8, 2010.

The defendant's bond shall be exonerated upon surrender.

The Court advises the defendant of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: March 8, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED: March 8, 2010
Terry Nafisi,  CLERK
by: **Karla J. Tunis**
    Deputy Clerk